**FILED**

CHARLOTTE, NC

MAR 2 3 2018

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

UNITED STATES OF AMERICA ) No. 5:18CR15
)
)
vs. ) ORDER TO UNSEAL
)
HO SHIN LEE )

UPON MOTION of the United States of America and it appearing that the defendant in

this case has been arrested, it is hereby **ORDERED** that this matter be **UNSEALED.**

This the 22nd day of March.

_____

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE