# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CR-015-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| HO SHIN LEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by C. Melissa Owen, concerning Brian A. Newman on April 26, 2018. Mr. Brian A. Newman seeks to appear as counsel *pro hac vice* for Defendant Ho Shin Lee. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. Brian A. Newman is hereby admitted *pro hac vice* to represent Defendant Ho Shin Lee.

**SO ORDERED**.

Signed: April 26, 2018

David C. Keesler
United States Magistrate Judge