# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CR-015-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HO SHIN LEE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Amended Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) filed by C. Melissa Owen, concerning Joseph A. Weimortz, Jr. on April 26, 2018. Mr. Joseph A. Weimortz, Jr. seeks to appear as counsel *pro hac vice* for Defendant Ho Shin Lee. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Amended Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 16) is **GRANTED**. Mr. Joseph A. Weimortz, Jr. is hereby admitted *pro hac vice* to represent Defendant Ho Shin Lee.

**IT IS FURTHER ORDERED** that the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the "Amended Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: April 30, 2018

David C. Keesler
United States Magistrate Judge