IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:18-CR-015-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HO SHIN LEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "*Ex Parte* Motion For Permission To File Document Under Seal . . . " (Document No. 31) filed October 22, 2018. Respectfully, the Court finds that the Defendant's motion is not consistent with the Local Rules, especially Local Civil Rule 6.1 and Local Criminal Rule 49.1.1, in that it does not state a proper basis for sealing the pleading in question. The Court will deny the motion without prejudice to bring it again, and encourages counsel for the Defendant to consult the aforementioned Local Rules and their excellent local counsel.

**IT IS, THEREFORE, ORDERED** that Defendant's "*Ex Parte* Motion For Permission To File Document Under Seal . . . (Document No. 31) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: October 25, 2018

David C. Keesler
United States Magistrate Judge