IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 5:18-CR-015-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HO SHIN LEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "*Ex Parte* Motion For Permission To File Document Under Seal Declaration Of Brian A. Newman" (Document No. 41) filed December 13, 2018. Respectfully, the motion is not in conformity with Local Criminal Rule 49.1.1 and Local Civil Rule 6.1, which address sealed filings. Counsel has excellent local counsel, and the Court would suggest consulting with her about the proper procedure under the Court's local rules for making a motion to seal. More is needed than to simply state that the document in question "should be sealed because it relates to sentencing issues."

In an effort to move things along, however, the Court has reviewed the object of the Motion to Seal – the Defendant's Sentencing Memorandum (Document No. 42). In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Sentencing Memorandum contains sensitive and private information that is inappropriate for public access. Having carefully considered the motion and the record, and for good cause, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "*Ex Parte* Motion For Permission

To File Document Under Seal Declaration Of Brian A. Newman" (Document No. 41) is **GRANTED**, and "Defendant's Sentencing Memorandum And Request For Variance" (Document No. 42) is sealed until further Order of this Court.

    **SO ORDERED**.

Signed: December 14, 2018

David C. Keesler
United States Magistrate Judge