IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:18-CR-015-FDW-DCK

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HO SHIN LEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's Motion to Seal Document No. 52 ("the Motion"). [Dkt. No. 53.] In accordance with the Local Rules, the Court has considered the Motion, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Document No. 52 contains sensitive and private information that is inappropriate for public access. Having carefully considered the Motion and the record, the Court **GRANTS** Plaintiff's Motion to Seal.

**IT IS THERFORE ORDERED** that Document No. 52 is sealed until further Order of this Court.

Signed: June 19, 2019

Kenneth D. Bell
United States District Judge