IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:18-cr-015-KDB-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| HO SHIN LEE | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 78) filed November 27, 2020. In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the materials in question, and alternatives to sealing. The Court determines that no less restrictive means other than sealing is sufficient inasmuch as Plaintiff's Response in Opposition to Defendant's Motion for Delayed Report Date contains sensitive and private information that is inappropriate for public access. Having carefully considered the Motion and the record, and for good cause, the Court **GRANTS** Plaintiff's Motion to Seal.

**IT IS THEREFORE ORDERED** that Plaintiff's "Motion To Seal" (Document No. 78) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Response In Opposition To Defendant's Motion For Delayed Report Date" (Document No. 77) is sealed until further Order of this Court.

Signed: December 9, 2020

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.