IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:18-CR-015-KDB-DCK-1

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HO SHIN LEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Order Releasing And Exonerating Bond Obligations" (Document No. 90) filed September 1, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that counsel for the Government does not oppose the motion, the undersigned will <u>grant</u> the motion. The Court is also informed that Defendant surrendered to the Bureau of Prisons on November 30, 2020.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Order Releasing And Exonerating Bond Obligations" (Document No. 90) is **GRANTED**.

**IT IS FURTHER ORDERED** that the bond in this matter shall be released and exonerated, and that the Clerk of this Court shall confirm as much to the Clerk of Court for the United States District Court for the Central District of California.

**SO ORDERED**.

Signed: September 7, 2021

David C. Keesler
United States Magistrate Judge